CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
OCT 21 2005
for C'ville
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| EVAN HECHT, ET.AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> AMERICAN BANKERS INSURANCE CO., <br><br> *Defendant.* | CIVIL ACTION NO. 3:04-CV-00098 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Defendant's Motion for Summary Judgment is hereby GRANTED as to Plaintiff's claims regarding breach of the agency agreement, breach of the MPPP agreement, and the Virginia Conspiracy Act. Defendant's Motion for Summary Judgment is DENIED as to Plaintiff's claim regarding breach of the sponsorship agreement for the flood insurance seminar.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

DATE: October 21, 2005

11